Anna Pietrolonardo, Appellant, v. Jay R. Houghteling
et al., Appellees.

Gen. No. 42,973.

Heard in the second division, first district, this court at the April term, 1944; opinion filed June 15, 1945; released for publication June 27, 1945. Ryan, Sinnott & Miller, Louis G. Davidson and Sam Fink, for appellant; Samuel Levin, for appellees. Opinion by Presiding Justice Friend. **Not to be published in full.**